IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGIONS BANK | ) |
| | ) |
| v. | ) NO. 3-11-0831 |
| | ) JUDGE CAMPBELL |
| CONTINUUM HEALTHCARE, LLC, | ) |
| et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 48), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, default is entered against Defendants Continuum Healthcare, LLC; Continuum Hornwood, LLC; Continuum Baytown Community Mental Health Center, LLC; Continuum Padre, LLC; CHC Services, LLC; CHC New Life, LLC; CHC Florida Behavioral, LLC; CHC Memphis CMHC, LLC; CHC Nashville CMHC, LLC; CHC Westbury Community Hospital, LLC; Enhanced Housing Services, LLC; Continuum La Paz, LLC; Padre Behavioral Health System, LLC; New Life Community Mental Center, LLC; Florida Behavioral Healthcare, Inc.; Florida Behavioral Healthcare, LLC; Continuum Houston Home Health, LLC; Continuum Management, LLC; and Tennessee Oaks Leasing, LLC.

The Magistrate Judge, pursuant to Fed. R. Civ. P. 55(b)(2), shall conduct any hearings or take any evidence necessary to recommend what judgment shall be entered against these defaulted Defendants.

The sole remaining Defendant is Bobby G. Rouse, who is represented by Robert J. Welhoelter. The claim against Defendant Rouse is referred to the Magistrate Judge pursuant to the Court's prior Order (Docket No. 5) for further case management.

IT IS SO ORDERED.

                                                                         _____
                                                                          TODD J. CAMPBELL
                                                                          UNITED STATES DISTRICT JUDGE